1
 Erin O'Connell, Petitioner v. Woodland Park School District; Woodland Park School District Board of Education; Chris Austin, in his official capacity as Board Member; Gary Brovetto, in his official capacity as Board Member; David Illingworth II, in his official capacity as Board Member; Suzanne Patterson, in her official capacity as Board Member; and David Rusterholtz, in his official capacity as Board Member, Respondents No. 24SC34
Supreme Court of Colorado, En Banc
July 22, 2024
 
           Court
 of Appeals Case No. 22CA2054
 
 
 
          Petition
 for Writ of Certiorari GRANTED.
 
 
          Whether
 the judicially created cure doctrine allowing public bodies
 to “cure” prior violations of Colorado's Open
 Meetings Law (COML) contravenes COML's plain meaning and
 longstanding precedent.
 
 
          Whether
 expanding the judicially created cure doctrine to apply to
 intentional violations of statutory notice requirements for
 the purpose of addressing a controversial issue outside the
 public eye contravenes the plain language and intent behind
 COML and this court's mandates regarding its
 interpretation.
 
 
          Whether
 the court of appeals erred by expanding the judicially
 created cure doctrine to permit formal actions under section
 24-6-402(8), C.R.S. (2023), to be reinstated retroactive to
 the date of the original violation and thereby preclude an
 award of prevailing-party attorney fees under section
 24-6-402(9), C.R.S. 2023, to the plaintiff who successfully
 proved the original violation.
 
 
          DENIED
 AS TO ALL OTHER ISSUES.